

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-19-00025-CV

———————————————

ESTATE OF JACK BLANDON MALONE, DECEASED

On Appeal from Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2016-PR03278-2

Before Sudderth, C.J.; Gabriel and Kerr, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's request to dismiss appeal. We grant the request and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: July 18, 2019